# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| JEFFREY WARREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 2:16-CV-11751 |
| ) | |
| BANK OF AMERICA, N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff Jeffrey Warren and Defendant Bank of America, N.A., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and jointly advise the Court that all claims between them in the above-styled civil action have been compromised and settled. Accordingly, the parties STIPULATE that all claims asserted by Plaintiff Jeffrey Warren against Defendant Bank of America, N.A. in the above-captioned matter are DISMISSED WITH PREJUDICE.

Dated: February 27, 2017            Respectfully submitted,

**JEFFREY WARREN**

By counsel

/s/ Megan A. Patrick_____
Megan Alicia Patrick (WVSB #12592)
KLEIN & SHERIDAN
3566 Teays Valley Road
Hurricane, WV 25526
Tel: (304) 562-7111; Fax: (304) 562-7115

*Counsel for Plaintiff Jeffrey Warren*

**BANK OF AMERICA, N.A**

**By counsel**

/s/ Brian C. Root
Brian C. Root (WVSB #11450)
MCGUIREWOODS LLP
625 Liberty Ave., 23rd Floor
Pittsburgh, PA 15222
Tel: (412) 667-7935; Fax: (412) 667-7959

*Counsel for Defendant Bank of America, N.A.*